

IN THE
TENTH COURT OF APPEALS

No. 10-13-00144-CR

BENJAMIN CRAIG LEWIS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 272nd District Court
Brazos County, Texas
Trial Court No. 11-03276-CRF-272

ORDER

By Order dated September 19, 2013, we granted Lewis's pro se request for an extension of time to file his response to his counsel's *Anders* brief. We noted that the motion was not properly served. We warned Lewis that future documents presented to the Court must be properly served or the documents will be stricken.

Lewis has filed another motion for extension of time to file his response to his counsel's *Anders* brief. Again, Lewis's motion was not properly served because no

proof of service was included within the motion.  The motion also was not signed by Lewis.

Accordingly, because Lewis's motion for extension of time, filed on September 26, 2013, was not properly served, it is stricken.  Lewis's response to his counsel's *Anders* brief remains due by November 18, 2013.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion stricken
Order issued and filed October 10, 2013